

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF

Paula Xinis  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0653

April 12, 2024

Re:  20-cr-0434, *United States v. Schulman*

### **LETTER ORDER**

Dear Parties:

      On April 11, 2024, the Court held a pre-trial motions hearing in the above-captioned case.  For the reasons stated on the record, the Court grants in part and denies in part ECF Nos. 353 & 356 and denies ECF No. 367 without prejudice.  The Court also denies ECF No. 415 as moot.  The Court also orders the following:

1. Pertaining to the U.S. Department of State ("DOS") documents that have been withheld or redacted:
    a. DOS must produce ex parte all withheld or redacted documents for the Court's in camera inspection **by 5:00 p.m. April 12, 2024.**  The Court will provide separate instructions for secured uploading of documents.
    b. DOS must file under seal its letter pleading regarding privilege.  DOS must also attach as exhibits the privilege logs presented in Court on April 11th **by April 15, 2024.**
    c. The Government and Mr. Schulman must file under seal their responsive letter pleadings **by April 18, 2024.**
2. Pertaining to the outstanding issues related to Ms. Parker's deposition, the Government and Mr. Schulman must file letter pleadings **by April 15, 2024.**
3. Pertaining to the classified documents, the Government and Mr. Schulman must file a joint status report **by April 18, 2024.**

      Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

  April 12, 2024                                 /s/  
Date                                                   Paula Xinis  
                                                          United States District Judge